UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRODERICK HAWKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:02CV00793 ERW |
| ) | |
| JEFF NORMAN, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Petitioner Broderick Hawkins's Motion for "Relief of Clerical Mistake Federal Rule 60(a)" [ECF No. 23]. On January 24, 2003, the Court dismissed Petitioner's Petition for Habeas Corpus as time-barred. ECF No. 7. The Court denied a certificate of appealability. Id. On February 12, 2003 and April 1, 2003, the Court denied motions for relief from clerical mistakes in the Court's January 24, 2003 Order. ECF Nos. 9 & 17. Petitioner's current filing seeks the same review of "clerical mistakes," which is really just a motion for reconsideration of the Court's finding that his first habeas petition was time-barred. Even though the pending motion mentions a recent United States Supreme Court case, *Martinez v. Ryan*, --- U.S. ---, 132 S.Ct. 1309 (2012), it is successive to these previous filings. Under 28 U.S.C. § 2244(b)(1), "[a] claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed." Therefore, this matter will be summarily dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for "Relief of Clerical Mistake Federal Rule 60(a)" [ECF No. 23] is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability shall not issue.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to Proceed In Forma Pauperis [ECF No. 25] is **DENIED as MOOT**.

Dated this  31st  day of August, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE