# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BRODERICK K. HAWKINS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:02CV00793 ERW |
| ALLEN LUBBERS, | ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis on appeal. The Court has determined that petitioner is unable to pay the full appellate filing fee. *See* 28 U.S.C. ' 1915. Consequently, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal [ECF No. 40] is **GRANTED**.

So Ordered this 1st day of April, 2014.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE